NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY L. MEUNIER,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3135

---

Petition for review of the Merit Systems Protection Board in No. CH0831120581-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for a 5-day extension of time, until August 14, 2013, to file its informal response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MEUNIER V. OPM                                                    2

                                        FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk

s27